UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CVETKO DIMOVSKI                          JURY TRIAL DEMANDED

v.                                       CASE NO. 3:10CV

TOLISANO & DANFORTH LLC

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is a law firm which regularly engages in the practice of consumer debt collection.

6. Defendant engaged in efforts to collect from plaintiff a personal credit card account.

7. Defendant obtained a default judgment in 2009 in the sum of $2,973.90, inclusive of $35 costs.

8. Defendant did not seek or obtain a court order for post-judgment interest.

9. In connection with obtaining the default judgment against plaintiff, defendant did not allege or prove any facts demonstrating that plaintiff had unlawfully detained money.

10. The court did not make any factual finding that plaintiff had wrongfully detained money.

11. No court order entered allowing post judgment interest.

12. In August, 2009, defendant obtained a financial institution execution order from the small claims court in the total amount of $3,043.90, by representing to the court that an additional $35 was due for the initial costs already included in Box 1.

13. Defendant transmitted the execution to the marshal and added $405.85 interest to the amount of the execution.

14. The balance claimed due was thus excessive by $35 and by the amount of the interest which had not been awarded by any judicial authority.

15. Defendant continues to this date to add postjudgment interest to the judgment it obtained against plaintiff.

16. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to allege or prove that a defendant has wrongfully detained funds.

17. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to request or receive an award of postjudgment interest.

18. In the course of the collection, defendant violated §1692d, -e, or -f(1).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k;

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

3

PLAINTIFF,

BY    **/s/ Joanne S. Faulkner**
      Joanne S. Faulkner ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772-0395
      faulknerlawoffice@snet.net