UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CVETKO DIMOVSKI | : | NO.: 3:10cv00205 (JCH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLISANO & DANFORTH, L.L.C. | : | |
| Defendant | : | SEPTEMBER 13, 2012 |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l)(A)(ii), plaintiff and defendant hereby agree and stipulate that the within action may be dismissed with prejudice.

                                             THE PLAINTIFF
                                             CVETKO DIMOVSKI

                               By /s/
                                               Joanne S. Faulkner
                                               Federal Bar No: ct04137
                                               123 Avon Street
                                               New Haven, CT 06511-2422
                                               Tel:  (203)772-0395
                                               faulknerctlaw@gmail.com

THE DEFENDANT
TOLISANO & DANFORTH, L.L.C.


/s/
Anthony Nuzzo, Jr.
Federal Bar No: ct 05397
James R. Fiore
Federal Bar No: ct 27076
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
Tel:  (203) 250-2000
Fax:  (203) 250-3131
anuzzo@nuzzo-roberts.com
jfiore@nuzzo-roberts.com

CERTIFICATE OF SERVICE

This is to certify that on September 13, 2012, the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By_____
    Joanne S. Faulkner
    Federal Bar No: ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    Tel:  (203)772-0395
    faulknerctlaw@gmail.com

\\fp01\nuzzo\WP\403049\117\SETTLEMENT\Stipulation of Dismissal 09 13 12.doc